UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVESTER HOUSTON STEWART,<br>　　　　Plaintiff,<br>　v.<br>J. BRANNON, #1989,<br>　　　　Defendant. | Case No. 16-cv-04312-CRB   (DMR)<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 23 |

On December 18, 2017, Defendant Justin Brannon filed a notice of discovery dispute in which he asserted that Plaintiff Calvester Houston Stewart refused to appear for his duly noticed deposition on December 18, 2017. [Docket No. 21.] On December 20, 2017, the undersigned ordered Stewart to file a response to Brannon's notice of discovery dispute by no later than December 29, 2017. [Docket No. 23.] No response has been filed. **Therefore, by no later than January 19, 2018, Stewart shall file a written statement in which he explains his failure to respond to the court's December 20, 2017 order, and explains why he should not be sanctioned for failing to comply with the court's order.**

**IT IS SO ORDERED.**

Dated: January 8, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　
DONNA M. RYU
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CALVESTER HOUSTON STEWART,

    Plaintiff,

v.

J. BRANNON, #1989,

    Defendant.

Case No. 3:16-cv-04312-CRB (DMR)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 8, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Calvester Houston Stewart ID: PFN# BIE630
Santa Rita County Jail
5325 Broder Blvd.
Dublin, CA 94568

Dated: January 8, 2018

Susan Y. Soong
Clerk, United States District Court

By:_____
Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU